AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 28 2019

David J. Bradley, Clerk

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Juan Antonio Cabrera-Benitez

**CRIMINAL COMPLAINT**

Case Number: M-19-0712-M

IAE       YOB: 1976
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 26, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Juan Antonio Cabrera-Benitez was encountered by Border Patrol Agents near Mission, Texas on March 26, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 26, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 17, 2011 through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 7, 2002, the defendant was convicted of Assault 1st Intent to Cause Serious Injury with Weapon and sentenced to twelve (12) years confinement and five (5) years supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by Amy Greenbaum

Sworn to before me and subscribed in my presence,

March 28, 2019

Signature of Complainant
Ernie E. Bergollo        Senior Patrol Agent

Peter E Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer